No. 80–5368. Salinas v. United States; and

No. 80–5393. Maldonado v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 618 F. 2d 1092.

No. 80–5370. Young v. Duckworth, Warden. C. A. 7th Cir. Certiorari denied.

No. 80–5373. Cochran v. Manos. C. A. 6th Cir. Certiorari denied.

No. 80–5376. McClure v. National Labor Relations Board. C. A. 4th Cir. Certiorari denied.

No. 80–5397. McDonald v. Smith, Warden. C. A. 6th Cir. Certiorari denied.

No. 80–5404. Pana v. Cuyler et al. C. A. 3d Cir. Certiorari denied.

No. 80–5419. Harris v. United States. C. A. D. C. Cir. Certiorari denied.

No. 80–5421. Stephens v. United States. C. A. 7th Cir. Certiorari denied.

No. 80–5431. Moore v. Moore. C. A. 4th Cir. Certiorari denied.

No. 80–5434. Robertson v. Warden, Maryland Penitentiary. C. A. 4th Cir. Certiorari denied.

No. 80–5437. Armstrong v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5453. Tecumseh v. United States. C. A. 10th Cir. Certiorari denied.

No. 80–5469. Wright v. United States. C. A. 5th Cir. Certiorari denied.